```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

CYNTHIA NELSON, et al.,            :
                                   :
    Plaintiffs,                    :         **O R D E R**
                                   :
    v.                             :
                                   :
XACTA 3000 INC., et al.,           :
                                   :
    Defendants.                    :
_____:

For the reasons stated in the Court's Memorandum Opinion, dated November 23, 2009, **IT IS** on this 23rd day of November, 2009, **ORDERED** that defendant Idea Village Products Corp.'s motion to dismiss the claims asserted against it (dkt. entry no. 42) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the claims asserted against defendant Idea Village Products Corp. are **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that Plaintiffs are **GRANTED LEAVE** to file a Second Amended Complaint within thirty days of the entry of this Order.

                                                         s/ Mary L. Cooper
                                                         **MARY L. COOPER**
                                                         United States District Judge